IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  vs.                      : CIVIL NO: C-1-00-479
                                 : JUDGE SPIEGEL

**ALAN S. STIGERS, SR.,**
**aka ALAN S. STIGERS,**

       **Defendant.**

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to satisfy said judgment of record.

                                   Respectfully submitted,

                                   GREGORY G. LOCKHART
                                   United States Attorney

                                   s/Deborah F. Sanders
                                   DEBORAH F. SANDERS (0043575)
                                   Assistant United States Attorney
                                   303 Marconi Blvd, Suite 200
                                   Columbus, Ohio 43215
                                   (614) 469-5715

N:\_ECF Workload\DSanders\stigers, alan.wpd